**Order entered August 18, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01535-CR**

**JECOLE KEKEITH JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-54578-R**

**ORDER**

Before the Court is the State's motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief due on September 8, 2020.

/s/     BILL PEDERSEN, III
JUSTICE